UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-4587 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 25, 2024, the Court dismissed this action with 30 days' leave to file an amended complaint. On November 25, 2024, the Court received a letter from Plaintiff, dated November 24, 2024, requesting additional time to file an amended pleading. The Court grants Plaintiff's request. Any amended pleading Plaintiff files shall be filed on or before December 27, 2024. Plaintiff is advised that he need only provide "a short and plain statement of [his] claim showing that [he] is entitled to relief[.]" Fed. R. Civ. P. 8. Plaintiff need not attach documentary evidence to his amended complaint.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 25, 2024
       New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                             Chief United States District Judge