UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                Plaintiff,

    -against-

CITY OF NEW YORK, ET AL.,

                Defendants.

24 CIVIL 4587 (LTS)

**CIVIL JUDGMENT**

    For the reasons stated in the January 29, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 31, 2025
             New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge